UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JAN 1 4 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  **4:15CR00015 JAR/NCC** |
| CARLOS WATSON, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 13, 2014, in the County of Saint Charles, within the Eastern District of Missouri,

**CARLOS WATSON,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing heroin, Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about January 13, 2014, in the County of Saint Charles, within the Eastern District of Missouri,

**CARLOS WATSON,**

the Defendant herein, possessed one or more firearms in furtherance of the drug trafficking crime named in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(1) and punishable under Title 18, United States Code, Section 924(c)(1)(C)(i).

## COUNT THREE

The Grand Jury further charges that:

On or about January 13, 2014, in the County of Saint Charles, within the Eastern District of Missouri,

**CARLOS WATSON,**

the Defendant herein, being a previously convicted felon, did knowingly and intentionally possess one or more firearms, to wit: a Smith and Wesson make, SW9VE model, nine millimeter caliber, semi-automatic pistol bearing serial number DUH2789

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The Grand Jury further charges that:

On or about January 13, 2014, in the City of Saint Louis, within the Eastern District of Missouri,

**CARLOS WATSON,**

did threaten to assault and murder J. K., a Task Force Officer with the Federal Bureau of Investigation, and J. K.'s family, with the intent to impede, intimidate, and interfere with J. K. while J. K. was engaged in the performance of J. K.'s official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


THOMAS REA, #53245MO
Assistant United States Attorney